UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| Plaintiff, | * | CASE NO. 8:18-cv-01167-PWG |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 98.231.154.192,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 98.231.154.192. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 20, 2018

                                                    Respectfully submitted,

                                                    MALIBU MEDIA, LLC.
                                                    PLAINTIFF
                                                    By: /s/ *Jon A. Hoppe*
                                                    Jon A. Hoppe, Esquire #6479
                                                    *Counsel*
                                                    Law Offices of Jon A. Hoppe, Esquire, LLC
                                                    1025 Connecticut Avenue, NW
                                                    Ste. 1000
                                                    Washington, DC. 20036
                                                    (202) 587-2994

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 20, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire
